Case No. 23-3999/23-4000/23-4001

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ROGER DEAN GILLISPIE

    Plaintiff - Appellee Cross-Appellant [23-4001]

v.

MIAMI TOWNSHIP, OH

    Defendant

MIAMI TOWNSHIP, OH BOARD OF TRUSTEES

    Intervenor - Appellant Cross-Appellee

MATTHEW SCOTT MOORE

    Defendant - Appellee Cross-Appellant [23-4000]

BEFORE: CLAY, GIBBONS and GRIFFIN, Circuit Judges

Upon consideration of the motion to stay the mandate, it is **ORDERED** that the motion is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: July 03, 2025